| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

GABRIEL JOSEPH BROWN, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:13-CV-216
§
JAMES SMITH, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Gabriel Joseph Brown, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

    After the court entered an order directing prison officials to submit an administrative record in accordance with *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987), the court entered another order informing plaintiff the *Martinez* report was being converted into a motion for summary judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this lawsuit be dismissed pursuant to Federal Rule of Civil Procedure 56. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#34) is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 30th day of September, 2025.

                                              MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE